UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                                 Case No. 3:22-cr-124-4

vs.

JOSHUA A. HUGHES, *et al.*,            District Judge Michael J. Newman

       Defendants.

---

**ORDER: (1) CONFIRMING THAT THE GOVERNMENT MUST FILE BY JANUARY 30, 2023 ITS MEMORANDUM IN OPPOSITION TO DFEENDANT'S MOTION TO SEVER COUNTS (Doc. No. 67); (2) DIRECTING DEFENDANT DOROTHY BAILEY TO FILE HER REPLY, IF SHE CHOOSES TO FILE ANY, BY FEBRUARY 23, 2023; (3) SETTING A HEARING REGARDING THE MOTION TO SEVER COUNTS FOR FEBRUARY 27, 2023 AT 4:00 PM IN COURTROOM 4; (4) VACATING THE TRIAL DATE PREVIOUSLY SET (Doc. No. 53); AND (5) CONFIRMING THAT THE SPEEDY TRIAL CLOCK IS TOLLED UNTIL ALL PENDING MOTIONS ARE RESOLVED**

---

This case is before the Court regarding Defendant Dorothy Bailey's pending motion to sever counts. Doc No. 67. The Court **CONFIRMS**, as the Government articulated in its status report (Doc. No. 68), that the Government's memorandum in opposition is **DUE** by January 30, 2023. Defendant's reply, if she chooses to file any, is due by February 23, 2023. A hearing regarding the motion to sever counts is **SET** for February 27, 2023 at 4:00 PM.

Because this schedule extends past January 30, 2023, the current trial date (Doc. No. 53), that trial date is impractical and is **VACATED**. Finally, the Court **CONFIRMS** that the speedy trial clock is tolled pending resolution of the motion to sever counts as well as Defendant Joshua Hughes's motion to revoke the detention order. Doc. No. 55. *See* 18 U.S.C. § 3161(h)(1)(d).

      **IT IS SO ORDERED.**

<u>January 20, 2023</u>                        <u>s/Michael J. Newman</u>
                                            Hon. Michael J. Newman
                                            United States District Judge