UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:22-cr-124-4

vs.

DOROTHY BAILEY,                      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 108); (2) GRANTING THE PARTIES' JOINT MOTION TO CHANGE PLEA (Doc. No. 96); AND (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY (Doc. No. 108)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court grant the parties' joint motion to change plea and accept Defendant Dorothy Bailey's guilty plea. Doc. No. 108. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **GRANTS** the parties' joint motion to change plea. Doc. No. 96. The Court also **ACCEPTS** Defendant's plea of guilty to Count 1 of the superseding information currently pending against her and finds her guilty as charged of SNAP fraud, in violation of 7 U.S.C. § 2024(b). *See* Doc. No. 97. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   June 26, 2023                                      s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge